1
2
3
4
5
6
7
8         **UNITED STATES DISTRICT COURT**
9         **SOUTHERN DISTRICT OF CALIFORNIA**
10

11  DUNG QUOC NGUYEN,                     Case No. 25-cv-02791-BAS-KSC
12                          Petitioner,    **ORDER:**
13        v.
14  KRISTI NOEM, *et al.*,                 **(1)  GRANTING PETITION FOR**
                                           **WRIT OF HABEAS CORPUS**
15                         Respondents.    **(ECF No. 1); AND**
16
17                                         **(2)  GRANTING MOTION FOR**
                                           **INJUNCTIVE RELIEF**
18                                         **(ECF No. 3)**
19

20        Petitioner Dung Quoc Nguyen filed a Petition for Writ of Habeas Corpus pursuant
21  to 28 U.S.C. § 2241, as well as a Motion for Injunctive Relief.  (ECF Nos. 1, 3.)  After the
22  Petition was fully briefed, the Court held a hearing on the Petition.
23        For the reasons expressed at the hearing, the Court **GRANTS** the Petition and the
24  Motion for Injunctive Relief.  Specifically, the Court finds Petitioner's detention violates
25  *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of
26  removal in the reasonably foreseeable future.  The Court also finds that Petitioner's
27  detention violated the regulatory requirements for re-detention.  *See* 8 C.F.R. § 241.13.
28  Accordingly, the Court issues the following writ:

The Court **ORDERS** Respondents to immediately release Petitioner Dung Quoc Nguyen, A027-298-021, from custody under the same conditions of release that existed before his re-detention.

The Court also finds it appropriate to grant permanent injunctive relief as follows:

Respondents are **PROHIBITED** from removing Petitioner Dung Quoc Nguyen, A027-298-021, to any country other than Vietnam or the Philippines without providing Petitioner with notice and an opportunity to be heard.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: November 7, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

25cv2791