

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 25-cv-02791-BAS-KSC

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons expressed at the hearing, the Court GRANTS the Petition and the Motion for Injunctive Relief. The case is hereby closed.

**Date:** 11/7/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M.Williams
M.Williams, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 25-cv-2791-BAS-KSC

Petitioner: Dung Quoc Nguyen

v.

Respondent: Kristi Noem, Secretary of the Department of Homeland Security; Pamela Jo Bondi, Attorney General; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office; and Christopher LaRose, Warden at Otay Mesa Detention Center;